## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL LAW ENFORCEMENT
OFFICERS ASSOCIATION,

                    Plaintiff,

v.

MARGARET WEICHERT, et al.,

                    Defendants.

Civil Action No. 19-735 (CKK)

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to this Court's Order dated November 27, 2019, the parties request that the briefing schedule entered by the Court, which they had originally proposed, be amended with an extension for the dates on which the parties must file their supplemental briefs.  The parties request that:

On or before January 13, 2020, the parties will file cross-briefs addressing the issues raised in the Court's November 4, 2019 decision; the current due date is January 6, 2020;

On or before January 24, 2020, the parties will file cross-reply briefs; the current due date is January 17, 2020.

The parties apologize for not filing this four business days before the due date, as required by this Court's March 20, 2019 Order.  It did not become apparent until today that the additional time would be needed.  The requested extension is due in part to the agency's need for additional time, given that one of the agency counsel very involved in this case just suffered the death of a close relative.  For that reason, Plaintiff joins this motion.

Defendant has previously requested three extensions of time, all for good cause shown.

Plaintiff has requested none.  The need for this extension is to ensure that the parties can

provide thorough briefs to the Court on the issues identified by the Court.

Therefore, for the foregoing reasons, the parties request that this joint motion be

granted.

Dated:  January 2, 2020                    Respectfully submitted,


                                            /s/ Ryan E. Griffin
                                           Ryan E. Griffin,
                                           D.C. Bar Number 1007078
                                           Daniel M. Rosenthal,
                                           D.C. Bar Number 1010473
                                           James & Hoffman, P.C.
                                           1130 Connecticut Avenue, NW, Suite 950
                                           Washington, DC 20036
                                           (202) 496-0500
                                           (202) 496-0555 (fax)
                                           regriffin@jamhoff.com
                                           dmrosenthal@jamhoff.com

                                           *Counsel for Plaintiff*



                                           JESSIE K. LIU
                                           D.C. Bar #472845
                                           United States Attorney
                                              for the District of Columbia

                                           DANIEL F. VAN HORN
                                           D.C. Bar # 924092
                                           Chief, Civil Division

                                           */s/ Marina Utgoff Braswell*
                                           MARINA UTGOFF BRASWELL
                                           D.C. Bar #416587
                                           Assistant United States Attorney,
                                           United States Attorney's Office
                                           Civil Division
                                            555 4th Street, N.W.
                                           Washington, D.C.  20530

Tel: (202) 252-2561
Marina.Braswell@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERAL LAW ENFORCEMENT
OFFICERS ASSOCIATION,

                 Plaintiff,

v.

MARGARET WEICHERT, et al.,

                 Defendants.

Civil Action No. 19-735 (CKK)

<u>ORDER</u>

Upon consideration of the joint motion for extension of time, and for good cause shown, and it appearing to the Court that the granting of the joint motion would be just and proper, it is by the Court this ____ day of _____, 2020,

ORDERED that the Joint Motion for Extension of Time be, and it hereby is, granted; and it is further

ORDERED that the following amended briefing schedule will apply in this case:

On or before January 13, 2020, the parties will file cross-briefs addressing the issues raised in the Court's November 4, 2019 decision;

On or before January 24, 2020, the parties will file cross-reply briefs

_____
UNITED STATES DISTRICT JUDGE